CATHARINE J. CAVANAGH, Respondent, *v.* HUGH O'NEILL, Appellant.

*Cavanagh* v. *O'Neill*, 27 App. Div. 48, affirmed.
(Argued January 22, 1900; decided February 6, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1898, reversing a judgment in favor of defendant, entered upon a dismissal of the complaint at a Trial Term and granting a new trial.

*Herbert C. Smyth, Isaac Fromme, Edwin A. Jones* and *George O. Redington* for appellant.

*Abel Crook* and *John L. Hill* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.